UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS QUIZHPE MACAS, A245-900-446,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-03046-DJC-EFB (HC)<br><br><br>ORDER |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

2.  Petitioner's Motion for Temporary Restraining Order (ECF No. 2) is DENIED, and petitioner's recent Motion for Immediate Release (ECF No. 14) is DENIED for the same reasons.

3.  The Court's April 23, 2026 no-transfer order (ECF No. 6) is VACATED.

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE